**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1248**

———————

TYRONE E. MURRAY, SR.,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

———————

**No. 01-1249**

———————

TYRONE E. MURRAY, SR.,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
358-L, CA-01-159-L)

———————

Submitted:  June 20, 2001          Decided:  July 9, 2001

---

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone E. Murray, Sr., Appellant Pro Se.   Tawana Elaine Davis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Tyrone E. Murray, Sr., appeals two district court orders. In Appeal No. 01-1248, Murray appeals the district court's order granting the Defendant's motion to dismiss Murray's claim for constructive discharge. This claim was dismissed as untimely. In Appeal No. 01-1249, Murray appeals the district court's dismissal of eleven claims. The district court dismissed the first eight claims due to Murray's failure to timely pursue administrative remedies. The district court dismissed his remaining three claims based on Murray's failure to establish an adverse employment action. We have reviewed the record, the district court's memorandum opinion, and the district court's orders in each case, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. Henderson, Nos. CA-00-358-L; CA-01-159-L (D. Md. filed Feb. 7, 2001, entered Feb. 8, 2001; filed Feb. 8, 2001, entered Feb. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3